OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

2/17/2015

02 1R
0002003152    FEB 24 2°
$ 00.26
UNITED STATES POSTAGE
PITNEY BOWES

NORRIS, ANGEL RENEE    Tr. Ct. No. C-1-009909-1157231-B    WR-78,501-°

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk



BRADLEY CHRISTOPHER STARK
FEDERAL CORRECTIONAL INSTITUTION #69122-053
1900 SIMLER AVENUE
BIG SPRING, TX  79720

UTF

N3B  79720